# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

April 24, 2019

**By email and ECF**

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Application granted.
SO ORDERED

/s/

4/24/19

Re: <u>United States v. Michael Brogan, 18 M 1206</u>

Dear Judge Levy,

  I write to request a modifications of Mr. Brogan's bond conditions to allow him to attend the wake of his neighbor. Mr. Brogan was arrested on December 12, 2018 and was released on a $50,000 bond with a condition of home detention later that day. Presently, he is allowed to leave home to attend his full-time job and for religious services.

  Mr. Brogan asks the Court to modify the condition of home detention to allow him to attend the wake of his recently deceased neighbor at a local funeral home. The address of the funeral home has been provided to pretrial services and is less than a block from Mr. Brogans' home. He would like to attend the wake for a 30 minute period between 7:00 p.m. and 9:00 p.m. this evening, April 24. Pretrial Services Officer Bianca Carter has no objection to the requested modification. I have left a message for AUSA Philip Selden about this application, but have not heard back.

  Thank you for your attention to this matter.

Respectfully Submitted,

/s/

Michael Schneider, Esq.

cc:  Clerk of the Court (by ECF)
   AUSA Philip Selden (by email)
   PTSO Bianca Carter (by email)