D/F

# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

**David E. Patton**
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

July 12, 2019

**By ECF**
The Honorable Nicholas G. Garaufis
Senior United States Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **United States v. Michael Brogan, 19 CR 207 (NGG)**

Dear Judge Levy,

    I write to request a modifications of Mr. Brogan's bond conditions to allow him to drive with his brother (who is severely autistic) and a friend to a restaurant a 19 Robbinsville Allentown Road in Robbinsville, NJ. Mr. Brogan was arrested on December 12, 2018 and was released on a $50,000 bond with a condition of home detention later that day. The home detention provision was later modified to a curfew.

    Mr. Brogan asks the Court to modify the conditions of the bond to allow him to travel by car to New Jersey on July 13, 2019 and to extend the curfew to 2:00 a.m. on July 14, 2019 (though Mr. Brogan expects to return to his Brooklyn home before midnight, he is worried about being delayed by traffic). Pretrial Services Officer Michael Dorn and AUSA Philip Selden have no objection to the requested modifications.

    Thank you for your attention to this matter.

Respectfully Submitted,

/s/

Michael Schneider, Esq.

cc:    Clerk of the Court (by ECF)
        AUSA Philip Selden (by email)
        PTSO Michael Dorn (by email)

*Application granted.*
*So ordered.*

s/Nicholas G. Garaufis
7/12/19